UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ETHAN D. SMITH and JENNIFER L. DEES,

                               **Plaintiffs,**

   vs.                                                   1:25-cv-00199 (MAD/DJS)

LISA FISHER, et al.,

                               **Defendants.**
_____

**Mae A. D'Agostino, U.S. District Judge:**

## SUMMARY ORDER

The Court has reviewed Plaintiffs' Renewed Memorandum of Law and Affidavit in Support of Motion for Temporary Restraining Order and Preliminary Injunction, filed June 26, 2025. *See* Dkt. No. 60. On February 19, 2025, the Court denied Plaintiffs' motion for an *ex parte* temporary restraining order. *See* Dkt. No. 12. On March 21, 2025, Plaintiffs sought reconsideration of the Court's order. *See* Dkt. No. 29. On March 21, 2025, Plaintiffs also filed a separate application for an order to show cause and for the recusal of the undersigned. *See* Dkt. No. 30. In a Summary Order dated March 24, 2025, the Court denied Plaintiffs' motions and applications dated March 21, 2025. *See* Dkt. No. 31.

Plaintiff's pending request is a repackaging of arguments that were already denied multiple times by this Court. *See* Dkt. Nos. 1, 4, 29, 30. For the reasons previously stated, the Court denies Plaintiffs' "renewed" motion. *See* Dkt. Nos. 12, 31.

On April 7, 2025, Defendants Heather Corey Mongue, Denise Resta-Tobin, Jessica Vinson, Lisa Fisher, Robert Mayberger, and Vincent W. Versaci filed motions to dismiss the

1

complaint. These motions remain pending and will be decided in due course.

The Court will not consider any additional motions from Plaintiffs until a decision on the pending motions to dismiss is rendered. Plaintiffs are directed to cease their filing of repetitious applications and motions.

Accordingly, the Court hereby

**ORDERS** that Plaintiffs' Renewed Application for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 60) is **DENIED**; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: July 1, 2025
        Albany, New York

Mae A. D'Agostino
U.S. District Judge